# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF TEXAS DALLAS DIVISION

PATRICIA COLLIER,

  Plaintiff,                                                          CASE NO.:  3:18-CV-03374

-vs-

PROCOLLECT, INC.,

  Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Patricia Collier, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to John W Bowdich 10440 North Central Expy , Suite 1540 Dallas TX 75231 via  U.S. Mail on this 18 day of September, 2019.

_____
Amy E. Clark
Texas Bar Number: 24043761
Amy Clark Law
Thanksgiving Tower
1601 Elm Street, 33rd Floor
Dallas. TX 75201
Phone: (512)850-5290
dallas@amyclarklaw.com
*Local Counsel for Plaintiff*